IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN CHEE, | CASE NO. CV-F-04-5340 OWW LJO |
| Plaintiff, | **ORDER ON MOTION TO BE RELIEVED AS COUNSEL** |
| vs. | |
| UNION PACIFIC RAILROAD COMPANY, et al., | |
| Defendants. / | |

By notice filed on March 10, 2005, Larry Lockshin and Larry Lockshin, Esq., A Law Corporation, (collectively "Lockshin") seek to be relieved as plaintiff's counsel for plaintiff Glen Chee on the grounds that the client has failed to keep in contact with Lockshin. The motion came on regularly for hearing on April 22, 2005 in Department 6 of the above-entitled court. Moving parties appeared by telephone by Larry Lockshin. Defendant Valley Protective Services appeared by counsel Shane Cahill. No appearances were made by defendant Union Pacific Railroad Company or by the plaintiff Glen Chee.

There being no objection to the motion to be relieved as counsel, no prejudice to the parties and good cause appearing therefore pursuant to California Rule of Professional Conduct 3-700(d) as shown by the moving parties' points and authorities and moving declarations,

/////

/////

1

1  IT IS HEREBY ORDERED that the motion by Larry Lockshin and Larry Lockshin, Esq., A Law
2 Corporation to be relieved as counsel for plaintiff Glen Chee is GRANTED.
3  The last known address for plaintiff Glen Chee is P.O. Box 1421, Sheep Springs, New Mexico
4 87364.
5 IT IS SO ORDERED.

6 **Dated:   April 22, 2005**            /s/ Lawrence J. O'Neill
b9ed48                     UNITED STATES MAGISTRATE JUDGE