IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN CHEE,<br><br>            Plaintiff,<br><br>  vs.<br><br>UNION PACIFIC RAILROAD COMPANY, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. CV-F-04-5340 OWW LJO<br><br>**ORDER TO SHOW CAUSE TO PLAINTIFF GLEN CHEE**<br><br>Date: August 5, 2005<br>Time: 8:45 a.m.<br>Dept.: 6 (LJO) |

      Pursuant to the Court's Scheduling Conference order on July 8, 2004, this Court set a Mandatory Settlement Conference for July 13, 2005 at 9:00 a.m. in Department 6 which required the personal appearance of plaintiff.

      On July 13, 2005, the Court convened for the Settlement Conference, having waited more than 20 minutes after the time noticed. Counsel for both of the defendants made appearances for the record. Neither counsel had been contacted by the plaintiff. Plaintiff failed to appear for the Conference, after having failed to comply with the mandatory requirement to file a settlement conference statement. Accordingly, this Court ORDERS plaintiff Glen Chee to show cause on August 5, 2005 at 8:45 a.m. in Department 6 of this Court located at 1130 "O" Street, Fresno, California, why this action should not be dismissed for failure to comply with this Court's order. Plaintiff is ORDERED to appear at this time and place.

      **Plaintiff is admonished that failure to comply with this Order to Show Cause will result in this Court's recommendation to dismiss this action.**

IT IS SO ORDERED.

**Dated:   July 13, 2005**                /s/ Lawrence J. O'Neill
b9ed48                                  UNITED STATES MAGISTRATE JUDGE