IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN CHEE, | CASE NO. CV-F-04-5340 OWW LJO |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc.29) |
| vs. | |
| UNION PACIFIC RAILROAD COMPANY, et al., | |
| Defendants. / | |

On August 8, 2005, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days of the date of service thereof. The parties have not filed timely objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), Fed.R.Civ.P. 72(b) and Local Rule 73-304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

/////

/////

/////

1  Accordingly, the Court HEREBY ORDERS as follows:

2  1. The Magistrate Judge's findings and recommendations, filed August 8, 2005, are
3  ADOPTED in full; and

4  2. This action is DISMISSED without prejudice on the grounds of plaintiff's failure to obey
5  this Court's orders.

8  IT IS SO ORDERED.

9  **Dated:   September 26, 2005**              **/s/ Oliver W. Wanger**
   emm0d6                                      UNITED STATES DISTRICT JUDGE