```
                                       FILED
                                   JUDGMENT ENTERED

                              _____Sept. 28, 2005_____
                                           Date
                              by _____G. Lucas_____
                                         Deputy Clerk
                                     U.S. District Court
                                 Eastern District of California
                              __x___   FILE CLOSED
```

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

GLENN CHEE,

       Plaintiff,

vs.

                       **JUDGMENT IN A CIVIL ACTION**

                                  CV-F-04-5340 OWW/LJO

UNION PACIFIC RAILROAD,

       Defendant.
_____/

       DECISION BY COURT:  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

       IT IS HEREBY ORDERED AND ADJUDGED that this action be dismissed without prejudice.

DATED:  September 28, 2005

                                          JACK L. WAGNER, Clerk

                                          /s/ GREG LUCAS
                               By:
                                          Deputy Clerk

jgm.civ
2/1/95